**STIP**
MICHAEL N. AISEN, ESQ.
Nevada State Bar No. 11036
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAELEAH GUIDA,<br><br>    Defendant. | Case No: 2:19-cr-00077-RFB-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant JAELEAH GUIDA, by and through her counsel, ADAM GILL, ESQ. and MICHAEL N. AISEN, ESQ., of AISEN, GILL & ASSOCIATES, and the United States of America, by its counsel, SUSAN CUSHMAN, ESQ., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for August 15, 2019 at 1:00 p.m. be continued to at least 90 days.

This stipulation is entered for the following reasons:

1. Mr. Gill and Ms. Cushman, have discussed this matter and there are outstanding issues that require resolution prior to sentencing.

2. Mr. Gill has spoken with Ms. Guida and she agrees with this continuance.

3. Mr. Gill has spoken to Ms. Cushman, and Ms. Cushman has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on August 15, 2019.

DATED this 5th day of August, 2019.

*/s/ Adam L. Gill*
Adam L. Gill, Esq.
Counsel for Defendant
Jaeleah Guida


*/s/ Susan Cushman*
Susan Cushman, Esq.
Attorney for the United States
Assistant United States Attorney

AISEN, GILL, &
ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101

**FOF**
MICHAEL N. AISEN, ESQ.
Nevada State Bar No. 11036
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:19-cr-00077-RFB-VCF-1 |
| Plaintiff, | |
| vs. | **ORDER FOR STIPULATION TO CONTINUE SENTENCING** |
| JAELEAH GUIDA, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Mr. Gill and Ms. Cushman have spoken and there are issues that require resolution prior to sentencing.

2. Mr. Gill has spoken with Ms. Guida and she agrees with this continuance.

3. Mr. Gill has spoken to Ms. Cushman, Assistant United States Attorney, and has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on August 15, 2019.

///

///

///

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for August 15, 2019, at the hour of 1:00 p.m., be vacated and continued to November 14, 2019, at the hour of 2:00 PM.

Dated this 6th day of August, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

AISEN, GILL, &
ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101