**STIP**
MICHAEL N. AISEN, ESQ.
Nevada State Bar No. 11036
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:19-cr-00077-RFB-VCF-1 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| JAELEAH GUIDA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant JAELEAH GUIDA, by and through her counsel, ADAM GILL, ESQ. and MICHAEL N. AISEN, ESQ., of AISEN, GILL & ASSOCIATES, and the United States of America, by its counsel, SUSAN CUSHMAN, ESQ., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for November 14, 2019 at 2:00 p.m. be continued to at least 30 days.

This stipulation is entered for the following reasons:

1. Mr. Gill was recently appointed as CJA counsel so that Ms. Guida would be eligible for funds to cover the cost to prepare a mitigation film to be presented at Sentencing and more time is needed for its preparation.

2. Mr. Gill has spoken with Ms. Guida and she agrees with this continuance.

3. Mr. Gill has spoken to Ms. Cushman, and Ms. Cushman has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of

justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on November 14, 2019.

DATED this 28th day of October, 2019.

*/s/ Adam L. Gill*
Adam L. Gill, Esq.
Counsel for Defendant
Jaeleah Guida


*/s/ Susan Cushman*
Susan Cushman, Esq.
Attorney for the United States
Assistant United States Attorney

**FOF**
MICHAEL N. AISEN, ESQ.
Nevada State Bar No. 11036
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAELEAH GUIDA,<br><br>Defendant. | Case No: 2:19-cr-00077-RFB-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING** |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Mr. Gill and Ms. Cushman acknowledge that there are issues that require resolution prior to sentencing, in pertinent part, preparation of a mitigation film to be presented at Sentencing could not begin until the recent granting of Defendant's request to be deemed indigent and there will not be sufficient time to prepare the materials before the current date set for sentencing.

2. Mr. Gill has spoken with Ms. Guida and she agrees with this continuance.

3. Mr. Gill has spoken to Ms. Cushman, Assistant United States Attorney, who has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and

the defendant in proceeding with sentencing on November 14, 2019.

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for November 14, 2019, at the hour of 2:00 p.m., be vacated and continued to January 29, 2020, at the hour of 3:00 PM in LV Courtroom 7C.

Dated this 30th day of October, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE