**STIP**
MICHAEL N. AISEN, ESQ.
Nevada State Bar No. 11036
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JAELEAH GUIDA,<br><br>    Defendant. | Case No: 2:19-cr-00077-RFB-VCF-1<br><br>**STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant JAELEAH GUIDA, by and through her counsel, ADAM GILL, ESQ. and MICHAEL N. AISEN, ESQ., of AISEN, GILL & ASSOCIATES, and the United States of America, by its counsel, SUSAN CUSHMAN, ESQ., Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for April 9, 2020 at 10:30 a.m. be continued to at least 120 days.

This stipulation is entered for the following reasons:

1. Mr. Gill and Ms. Cushman, have discussed this matter, as Ms. Guida is immunocompromised and presents a high risk in contracting the virus, due to the global situation surrounding the COVID-19 virus, it is in the best interest of the State and the Defendant this matter be continued.

2. Mr. Gill has spoken with Ms. Guida and she agrees with this continuance.

3. Mr. Gill has spoken with Ms. Cushman, and Ms. Cushman has indicated that she has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on April 9, 2020.

DATED this 2nd day of April, 2020.

*/s/ Adam L. Gill*
Adam L. Gill, Esq.
Counsel for Defendant
Jaeleah Guida

*/s/ Susan Cushman*
Susan Cushman, Esq.
Attorney for the United States
Assistant United States Attorney

AISEN, GILL, &
ASSOCIATES, LLP
723 SOUTH 3RD STREET
LAS VEGAS, NV 89101

**FOF**
MICHAEL N. AISEN, ESQ.
Nevada State Bar No. 11036
ADAM L. GILL, ESQ.
Nevada State Bar No. 11575
723 South 3rd Street
Las Vegas, NV 89101
P: (702) 750-1590
F: (702) 548-6884
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:19-cr-00077-RFB-VCF-1 |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE SENTENCING** |
| JAELEAH GUIDA, | |
| Defendant. | |

### FINDINGS OF FACT

Based on the stipulation of Counsel, and good cause appearing, the Court finds that:

1. Mr. Gill and Ms. Cushman, have discussed this matter, as Ms. Guida is immunocompromised and presents a high risk in contracting the virus, due to the global situation surrounding the COVID-19 virus, it is in the best interest of the State and the Defendant this matter be continued.

2. Mr. Gill has spoken with Ms. Guida and she agrees with this continuance.

3. Mr. Gill has spoken to Ms. Cushman, Assistant United States Attorney, who has no objection to this continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. In addition, the continuance sought is not for delay and the ends of justice are in fact

served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on April 9, 2020.

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for April 9, 2020, at the hour of 10:30 a.m., be vacated and continued to __August 13, 2020__, at the hour of __10:00 AM__.

Dated this __6th__ day of __April__, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE