LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, Laura Guida

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAELEAH MARIA GUIDA, and<br>LAURA VELREE GUIDA,<br><br>Defendants. | Case No. 2:19-cr-00077-RFB-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>(FIFTH REQUEST) |

**IT IS HEREBY STIPULATED BY AND BETWEEN** defendant, LAURA VELREE GUIDA, by and through her counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Adam Gill, Esq., counsel for defendant Jaeleah Maria Guida, and plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney and Susan Cushman, Assistant United States Attorney, that the Sentencing in the above-captioned matter currently set for August 13, 2020 at 11:00 a.m. be continued to August 26, 2020.

This Stipulation is entered into for the following reasons:

1. Mr. Hendron's office is currently limited in staff and counsel needs additional time to prepare.

2. Defense counsel and counsel for the government agree to the continuance.

3. The defendants are not detained and agree to the continuance.

4. Defendants respectfully ask the court to continue sentencing to the same date for both defendants.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendants in proceeding with sentencing on August 13, 2020.

DATED this  7th  day of August, 2020.

Respectfully Submitted,

  /s/ Lance Hendron
Lance J. Hendron, Esq.
Counsel for defendant Laura Guida


  /s/ Adam Gill
Adam Gill, Esq.
Counsel for defendant Jaeleah Guida


  /s/ Susan Cushman
Nicholas Trutanich,
United States Attorney
Susan Cushman,
Assistant United States Attorney

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, Laura Guida

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JALEAH MARIA GUIDA, and<br>LAURA VELREE GUIDA,<br><br>Defendants. | CASE No.: 2:19-cr-00077-RFb-VCF |

**FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. Counsel for defendant, Laura Guida, is currently limited in staff and needs additional time to prepare.

2. Both counsel for the defendants and counsel for the government agree to the continuance.

3. The defendants are not detained and agree to the continuance.

4. Both defendants are respectfully requesting the sentencing be continued to the same date.

5. Additionally, the denial of this request could result in a miscarriage of justice.

3

6. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendants in proceeding with sentencing on August 13, 2020.

## ORDER

**IT IS HEREBY ORDERED** that the Sentencing for LAURA GUIDA scheduled for August 13, 2020, at the hour of 11:00 a.m., is hereby vacated and continued to the 26th day of August, 20 20, at the hour of 10:00 a.m., in Courtroom 7C.

**IT IS HEREBY ORDERED** that the Sentencing for JAELEAH GUIDA scheduled for August 13, 2020, at the hour of 10:00 a.m., is hereby vacated and continued to the 26th day of August, 20 20, at the hour of 11:15 a.m., in Courtroom 7C. Instructions regarding how the hearing will be conducted to be issued.

**DATED** this 10th day of August, 2020.

_____
**RICHARD F. BOULEWARE, II**
**UNITED STATES DISTRICT JUDGE**