LANCE J. HENDRON, ESQ
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, Laura Guida

## UNITED STATES DISTRICT COURT
## CLARK COUNTY, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00077-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| JAELEAH MARIA GUIDA, and LAURA VELREE GUIDA, | (SIXTH REQUEST) |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN** defendant, LAURA VELREE GUIDA, by and through her counsel, LANCE J. HENDRON, ESQ., of the Law Firm HENDRON LAW GROUP, LLC, and Adam Gill, Esq., counsel for defendant Jaeleah Maria Guida, and plaintiff, United States of America, by and through Nicholas A. Trutanich, United States Attorney and Susan Cushman, Assistant United States Attorney, that the Sentencing in the above-captioned matter currently set for August 26, 2020 at 10:00 a.m. be continued to at least 14 days.

This Stipulation is entered into for the following reasons:

1. To allow defense counsel additional time to gather mitigation materials.
2. Defense counsel and counsel for the government agree to the continuance.
3. The defendants are not detained and agree to the continuance.
4. Defendants respectfully ask the court to continue sentencing to the same date for both defendants.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendants in proceeding with sentencing on August 26, 2020.

DATED this __21__ day of August, 2020.

Respectfully Submitted,

_/s/ Lance Hendron_____
Lance J. Hendron, Esq.
Counsel for defendant Laura Guida

_/s/ Adam Gill_____
Adam Gill, Esq.
Counsel for defendant Jaeleah Guida

_/s/ Susan Cushman_____
Nicholas Trutanich,
United States Attorney
Susan Cushman,
Assistant United States Attorney

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, Laura Guida

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JALEAH MARIA GUIDA, and <br> LAURA VELREE GUIDA, <br><br> Defendants. | CASE No.: 2:19-cr-00077-RFb-VCF |

**FINDINGS OF FACTS, CONCLUSION OF LAW AND ORDER**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds:

1. To allow Defense counsel additional time to gather mitigation materials.

2. Defense counsel and counsel for the government agree to the continuance.

3. The defendants are not detained and agree to the continuance.

4. Both defendants are respectfully requesting the sentencing be continued to the same date.

5. Additionally, the denial of this request could result in a miscarriage of justice.

3

6. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendants in proceeding with sentencing on August 26, 2020.

## ORDER

**IT IS HEREBY ORDERED** that the Sentencing for LAURA GUIDA scheduled for August 26, 2020, at the hour of 10:00 a.m., is hereby vacated and continued to the ____ day of __September 15__, 20_20_, at the hour of __1:00__ p.m., in Courtroom 7C.

**IT IS HEREBY ORDERED** that the Sentencing for JAELEAH GUIDA scheduled for August 26, 2020, at the hour of 11:15 a.m., is hereby vacated and continued to the ____ day of __September 15__, 20_20_, at the hour of __2:15__ p.m., in Courtroom 7C.

**DATED** this _23rd_ day of _August_, 2020.

_____
**RICHARD F. BOULEWARE, II**
**UNITED STATES DISTRICT JUDGE**

4